IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>　　Petitioner,<br><br>　　v.<br><br>STEBBINS ENGINEERING AND MANUFACTURING COMPANY,<br><br>　　Respondent. | Misc. Action No. 5:24-mc-28 (BKS/TWD) |

**THE ACTING SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA**

Petitioner Julie A. Su, Acting Secretary of Labor, United States Department of Labor (the "Acting Secretary") hereby petitions this Court, upon the accompanying memorandum of law in support of this petition, the declaration of Janine Festa and supporting exhibits, to enforce an administration subpoena pursuant to section 504(a) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1134(a). The Acting Secretary respectfully requests this Court to grant his petition and enter the proposed order:

(1) compelling respondent Stebbins Engineering and Manufacturing Company (the "Company"), on a date to be fixed by the Court, to produce all documents responsive to the subpoena issued by Boston Regional Office of the Employee Benefits Security Administration on August 27, 2024;

(2) compelling the Company to cease its disobedience to this lawfully issued administrative subpoena or suffer contempt; and

(3) providing any such other relief as may be necessary and appropriate.

1

Dated: November 25, 2024
      New York, New York

                              SEEMA NANDA
                              Solicitor of Labor

                              JEFFREY S. ROGOFF
                              Regional Solicitor

                    By:   /s Michael R. Hartman
                              MICHAEL R. HARTMAN
                              Counsel for ERISA

                              U.S. Department of Labor
                              Attorneys for the Secretary of Labor

                              U.S. Department of Labor
                              Office of the Solicitor, Region II
                              201 Varick Street, Room 983
                              New York, NY 10014
                              (646) 264-3673
                              hartman.michael@dol.gov
                              NY-SOL-ECF@dol.gov